THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN G. BROADY, Appellant.

Argued April 21, 1955; decided June 10, 1955.

*Mordecai Konowitz* and *Emanuel Lewis Greene* for appellant.

*Frank S. Hogan, District Attorney* (*Frank Brenner* of counsel), for respondent.

Judgments reversed, the fine remitted, and a new trial ordered upon the ground that defendant's rights were substantially prejudiced by the erroneous refusal of the court to permit witness Delaney to be cross-examined concerning alleged inconsistent statements made by him in a recorded conversation before the trial. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.